# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0844-S-BN |
| | § | |
| CHRISTOPHER LAUREN GRAHAM | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error,[1] the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 25, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant objects to this case being assigned to a Magistrate Judge because he did not consent to referral. *See* ECF No. 6. However, a district court may designate a Magistrate Judge to hear and determine any non-injunction pretrial matter pending before that court. *See* 28 U.S.C. § 636(b). Matters before this Court involving pro se litigants are automatically assigned to a Magistrate Judge through Northern District of Texas Special Order No. 3-251.